UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-134-FDW-DSC-72

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ISAIAH DEVON STALLWORTH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's *pro se* Motion Pursuant to Rule 6 of the Rules Governing § 2255 Proceedings [Doc. 2399].

In his Motion, dated January 28, 2019, the Defendant seeks two docket entries from this case "to assist [him] in exercising [his] rights to collaterally attack [his] detention pursuant to Section § 2255…." [Doc. 2399 at 1]. The Motion is moot because the Defendant subsequently filed a Motion to Vacate, Case No. 3:19-cv-495-FDW, which has now been dismissed and denied. [Doc. 2798]; see also United States v. Stallworth, 809 F. App'x 179 (4th Cir. 2020), *cert. denied* 141 S.Ct. 2524 (2021). Accordingly, the instant Motion is denied as moot.

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* Motion Pursuant to Rule 6 of the Rules Governing § 2255 Proceedings [Doc. 2399] is **DENIED AS MOOT**.

Signed: June 10, 2022

Frank D. Whitney
United States District Judge